**Rocco CALDAROLA, Plaintiff–Appellant,**

v.

**Andrew J. SPANO, C.O.W. County Clerk, individually, Robert S. Davis, individually, Rocco Pozzi, individually, William Deciuceis, individually, Chistopher Calabrese, individually, the County of Westchester, Defendants–Appellees,**

**William DECIUCEIS, Chistopher Calabrese, the County of Westchester, Counter–Claimants,**

v.

**Rocco Caldarola, Counter–Defendant.**

No. 03–7215–CV.

United States Court of Appeals, Second Circuit.

May 12, 2004.

Rocco Caldarola, pro se.

---

Matthew T. Miklave, for Appellees.

PRESENT: OAKES, CARDAMONE, and B.D. PARKER, Circuit Judges.

## SUMMARY ORDER

Rocco Caldarola appeals from a summary judgment of the United States District Court for the Southern District of New York (Colleen McMahon, *Judge*) dismissing Caldarola's complaint against Westchester County alleging false arrest in violation of 42 U.S.C. § 1983. Familiarity with the factual and procedural history of this case is assumed.

This Court reviews the district court's grant of summary judgment *de novo.* *See Young v. County of Fulton,* 160 F.3d 899, 902 (2d Cir.1998). In doing so, we are required to construe the evidence in the light most favorable to the non-moving party and to draw all reasonable inferences in its favor. *See Maguire v. Citicorp Retail Servs., Inc.,* 147 F.3d 232, 235 (2d Cir.1998). Summary judgment is appropriate only where "there is no genuine issue as to any material fact and ... the moving party is entitled to a judgment as a matter of law." Fed.R.Civ.P. 56(c).

We affirm for substantially the reasons stated in the District Court's Memorandum Decision and Order. *See Caldarola v. DeCiuseis,* No. 00 Civ. 2944(CM)(MDF) (S.D.N.Y. Dec. 23, 2002).

For the foregoing reasons, the judgment of the District Court is AFFIRMED.